■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID THIGPEN, Appellant. [669 NYS2d 841] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 16, 1996 (People v Thigpen, 234 AD2d 486), affirming a judgment of the Supreme Court, Kings County, rendered April 25, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TANYA TOWNSEND, Appellant. [669 NYS2d 838] —Appeal by the defendant from a judgment of the County Court, Nassau County (Ort, J.), rendered March 31, 1997, convicting her of robbery in the second degree, upon a jury verdict, and imposing sentence.